JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FAMOUS GROUP TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TONY RAGO, et al., <br><br> Defendants. | Case No.  CV 23-10072-GW-MAAx <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the Notice of Voluntary Dismissal Without Prejudice [29], it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: May 20, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE